**People of the State of Illinois, Plaintiff-Appellee, v. Russell Sloan, Defendant-Appellant.**

**Gen. No. 10,916. (Abstract of Decision.)**

Fourth District.
October 24, 1968.

Opinion by PRESIDING JUSTICE SMITH. Not to be published in full.